UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § CASE NUMBER 4:19-CR-00227-SDJ |
| v. | § |
| | § |
| | § |
| | § |
| FREDY ROLANDO OROZCO DE LEON, | § |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The Court referred this matter to the Honorable Kimberly C. Priest Johnson, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.  Judge Johnson conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11, and issued her Findings of Fact and Recommendation on Guilty Plea before the United States Magistrate Judge Kimberly C. Priest Johnson.  Judge Johnson recommended the Court accept Defendant's guilty plea. She further recommended the Court adjudge Defendant guilty of Count One of the Indictment filed against Defendant.

The parties have not objected to the magistrate judge's findings.  The Court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge Kimberly C. Priest Johnson are **ADOPTED.**  The Court accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.  It is further **ORDERED** that, in accordance with his guilty plea, Defendant Fredy Rolando Orozco De Leon, is adjudged guilty of the charged offense under Title 21 U.S.C. § 963, Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause To Believe that the Cocaine Will Be Unlawfully Imported Into the United States.

So ORDERED and SIGNED this 17th day of December, 2021.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE